FILED

02/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0090



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0090

DEVIN SANCHEZ,

       Petitioner,

v.

CAPTAIN BRADLEY BRAGG,
Lewis and Clark County Detention,

       Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED February 9, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court